# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151834 & (23)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SC: 151834
COA: 325858
Genesee CC: 13-033553-FC

LOIS ARLENE JANISH,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 13, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2015



t0831

                        Clerk